## AFFIDAVIT

I, Christopher R. Hehemann, being first duly sworn on oath, state as follows:

### AGENT INTRODUCTION AND BACKGROUND

1. I am employed with the Sedgwick County Sheriff's Office (SGCO), since September 2012 and currently hold the rank of Detective. During my employment with the Sedgwick County Sheriff's Office, I have initiated and participated in several investigations related to the distribution of controlled substances. I have worked on several narcotic cases that utilized the use of electronic surveillance and wiretap intercepts. I am currently working in the Sedgwick County Sheriff's Office Narcotics unit since 2021. I have personally been involved in the undercover purchases of controlled substances, trash pulls, execution of search warrants and the running of confidential informants. I have also attended numerous narcotics investigators training to include the Kansas Narcotics Officer Association Basic Narcotics Investigators Course. I have also attended the undercover school for the Bureau of Alcohol, Tobacco, Firearms and Explosives. As a result, I have arrested numerous individuals for violating state and federal statues in regards to the possession, manufacture and sale of controlled substances and weapons. I am a Task Force Officer (TFO) with the Department Homeland Security Investigations, cross-designated to enforce title 19 U.S. Customs laws since February 2024.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers either by personal contact or by reviewing reports. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## ITEM TO BE SEARCHED AND ITEMS TO BE SEIZED

4. This affidavit is made in support of an application for a search warrant for a United Parcel Service (UPS) parcel bearing tracking number 1Z 05V 9B0 01 3485 4592, addressed to "KRYSTA LANE 3165181943 H HOPES 3108 W 13TH ST N, WICHITA KS 67203-6621" with a return address of "SAM OECHSLIN 4069 KATHIE DR THOMPSONS STATION TN 37179". Further, this parcel weighs approximately 4 pounds.

5. Items to be seized from the Subject Parcel include controlled substances; specifically, marijuana, cocaine, methamphetamine, fentanyl and heroin; any drug paraphernalia related to the possession or distribution of a controlled substance including narcotic packaging and United States Currency or money orders.

6. The subject parcel is currently in the care and custody of the Sedgwick County Sheriff's Office at the investigations office located at 141 West Elm Street, Wichita, Kansas 67203.

## OFFENSES UNDER INVESTIGATION

7. Based on my training and experience and on the facts set forth in this Affidavit, I believe the Parcel contains evidence of violations of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance); Title 21, United States Code, Section 846 (attempts and conspiracies to do the same); and Title 18, United States Code, Section 1952 (interstate travel or transportation in aid of racketeering).

## PROBABLE CAUSE

8.  Since August 2025, the Sedgwick County Sheriff's Office in partnership with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) have been conducting an investigation into High Hopes ICT and Justin Lane who was selling marijuana out of his business while also possessing firearms after being prohibited.

9.  On November 13, 2025, federal search warrants were executed at six (6) High Hopes ICT locations and Justin Lane's residence. Justin Lane is the known owner of High Hopes ICT.

10. During the execution of the search warrants investigators located a large amount of narcotics to include marijuana, cocaine, suspected fentanyl pills and firearms. During the execution of search warrants investigators were informed of a package going to 3108 West 13th Street North, Wichita, Kansas which is a business owned by Justin Lane's wife, Krysta Lane.

11. The package was approximately sixty-one (61) pounds of marijuana being mailed to this address. In a post Miranda interview Justin Lane admitted to having "Hemp products" mailed to his wife's business address and under her name in an attempt to evade his packages being seized by law enforcement.

12. Under the current Controlled Substance Act (CSA) both marijuana and tetrahydrocannabinol are both separately considered to be a Schedule I controlled substance. Exceptions have been made to both marijuana and tetrahydrocannabinol under The Agriculture Improvement Act of 2018 (2018 Farm Bill) which exempts hemp from being a controlled substance under the CSA. The 2018-Farm Bill defined hemp as "any part of the cannabis plant or its derivatives containing no more than 0.3% delta 9 tetrahydrocannabinol (delta-9 THC) on a dry weight basis."

13. When speaking to the Forensic Scientist involved in testing these materials, I was informed that when the Regional Forensic Science Center (RFSC), who employs the Forensic Scientist, tests/identifies plant material as hemp or marijuana the RFSC calibrates their machines to 1% tetrahydrocannabinol levels. This means any item submitted to the RFSC, that is identified as marijuana contains, at a minimum 1% (or often higher) tetrahydrocannabinol, establishing that the plant material has significantly more than the 0.3% (or lower) tetrahydrocannabinol allowed by the 2018 Farm Bill. When the item or plant material contains 1% or more tetrahydrocannabinol this results in the item being classified as marijuana, a Schedule I controlled substance, which is subject to criminal liability.

14. I had the contents of the parcel seized on November 13, 2025 during the execution of the search warrants, tested at the Sedgwick County Regional Forensic Science Center. The contents of the parcel tested positive as marijuana.

15. On December 23, 2025, Special Agent (SA) Jacob Seibel with the Drug Enforcement Agency (DEA) made contact with Angela Jones who is a security member at the UPS. Angela said they had stopped a suspicious package addressed to Krysta Lane at 3108 West 13th Street North in Wichita, Kansas.

16. Angela was aware of an ongoing investigation of High Hopes ICT and their distribution of marijuana from the stores. This address had been flagged in the UPS system. SA Seibel went to 3003 South West Street to see the parcel.

17. Technical Trooper Connor Rule, with the Kansas Highway Patrol along with his certified narcotics Police Service Dog (PSD) Vik also arrived at the distribution center. PSD Vik conducted an exterior odor sniff on four (4) parcels to include the subject parcel. This was conducted at 3003 South West Street, Wichita, Kansas. Trooper Rule informed SA Seibel his

4

PSD Vik indicated on the odor of illegal narcotics emitting out of the subject parcel with tracking number 1Z 05V 9B0 01 3485 4592. "Under our case law, a random dog sniff is not a search for Fourth Amendment purposes and a positive dog alert gives officers probable cause to search." *United States V. Parada*, 577 F.3d 1275, 1281 (10th Cir. 2009).

18. Trooper Rule has six years of law enforcement experience with the Kansas Highway Patrol. He has completed the ten (10) week K9 basic handler course. PSD Vik is trained and certified to detect cocaine, heroin, methamphetamine, marijuana and fentanyl. Trooper Rule and PSD Vik have been certified in drug detection since September 30th, 2025. PSD Vik has continued to attend maintenance training almost every week since basic training. This training averages 12 hours per month. Police Service Dog Vik is trained to give a passive indication, meaning that when he locates one of the odors he is trained to detect, he sits or goes into a down position at the source of the odor.

19. SA Seibel contacted me and asked if I was still working an active investigation into High Hopes. I informed SA Seibel I was and he seized the package. On December 29, 2025, SA Seibel transferred custody of the package to Detective Masterson of the Wichita Police Department who placed the package into temporary evidence storage pending a warrant being written for the parcel. (The parcel is located within law enforcement custody in the District of Kansas.)

## CONCLUSION

20. Therefore, based on these facts, I believe there is probable cause to believe that the subject parcel contains evidence of a crime, including Title 21, United States Code, Section 841, and/or other illegal contraband (including actual narcotics), in violation of Title 21, United States Code, Section 841(a)(1), (possession with intent to distribute a controlled substance); Title

21, United States Code, Section 846 (attempts and conspiracies to do the same); and Title 18, United States Code, Section 1952 (interstate travel or transportation in aid of racketeering).

FURTHER YOUR AFFIANT SAYETH NOT.

Christopher R. Hehemann
Homeland Security Investigation TFO

Sworn to and subscribed before me on this ___ day of January 2026.

HONORABLE GWYNNE E. BIRZER
UNITED STATES MAGISTRATE JUDGE

6

## ATTACHMENT A

This affidavit is made in support of an application for a search warrant for a United Parcel Service (UPS) parcel bearing tracking number 1Z 05V 9B0 01 3485 4592, addressed to "KRYSTA LANE 3165181943 H HOPES 3108 W 13TH ST N, WICHITA KS 67203-6621 with a return address of "SAM OECHSLIN 4069 KATHIE DR THOMPSONS STATION TN 37179". Further, this parcel weighs approximately 4 pounds. The package is currently in the custody of the Sedgwick County Sheriff' Office at the investigations office located at 141 West Elm Street, Wichita, Kansas 67203.