AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>United Parcel Service (UPS) parcel bearing tracking number 1Z<br>05V 9B0 01 3485 4592, as further described on Attachment A,<br>currently in the custody Sedgwick County Sheriff'<br>Investigations Office located at 141 West Elm Street, Wichita,<br>Kansas | )<br>)<br>)    Case No.    26-M-**4014**-01-GEB<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ _____ District of ___ _ KANSAS _____
*(identify the person or describe the property to be searched and give its location)*:

United Parcel Service (UPS) parcel bearing tracking number 1Z 05V 9B0 01 3485 4592, as further described on Attachment A, currently in the custody Sedgwick County Sheriff' Investigations Office located at 141 West Elm Street, Wichita, Kansas.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Items to be seized from the Subject Parcel include controlled substances; specifically marijuana, cocaine, methamphetamine, fentanyl and heroin; any drug paraphernalia related to the possession or distribution of a controlled substance including narcotic packaging and US Currency or money orders.

**YOU ARE COMMANDED** to execute this warrant on or before ___ 3 feb 2026 ___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ _____ Honorable Gwynne E. Birzer _____ _ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ _____ .

Date and time issued:     ___ 20 feb 2026 @ 11:50 am ___ _____ _(Judge's signature)_

City and state:     Wichita, Kansas _____ _____     HONORABLE GWYNNE E. BIRZER, U.S. MAGISTRATE JUDGE
                                                                          *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>26-M-__6014__-01-GEB | Date and time warrant executed:<br>1/20/26 @ 1207 | Copy of warrant and inventory left with:<br>Box |

Inventory made in the presence of :

Scott McCall

Inventory of the property taken and name of any person(s) seized:

Six (6) Black vaccum sealed packages with suspected marijuana

Approx   940.2 grams of suspected marijuana.

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/20/26

_____ D1952 ____
Executing officer's signature

TFO Hehemann
Printed name and title

## ATTACHMENT A

This affidavit is made in support of an application for a search warrant for a United Parcel Service (UPS) parcel bearing tracking number 1Z 05V 9B0 01 3485 4592, addressed to "KRYSTA LANE 3165181943 H HOPES 3108 W 13TH ST N, WICHITA KS 67203-6621 with a return address of "SAM OECHSLIN 4069 KATHIE DR THOMPSONS STATION TN 37179". Further, this parcel weighs approximately 4 pounds. The package is currently in the custody of the Sedgwick County Sheriff' Office at the investigations office located at 141 West Elm Street, Wichita, Kansas 67203.

6